**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**CAROLYN RUSSELL**                                                                 **PLAINTIFF**

**v.**                               **CASE NO. 4:05-CV-642 GTE**

**UNUM LIFE INSURANCE COMPANY OF AMERICA**                   **DEFENDANT**

**JUDGMENT**

Pursuant to the Order filed in this matter granting Defendants' Motion for Judgment on the Record, it is Considered, Ordered, and Adjudged that the Complaint in this matter be, and it is hereby, dismissed in its entirety. All pending motions in this matter are hereby moot.

Dated this 22nd day of August, 2006.

                                          _/s/ Garnett Thomas Eisele_____
                                          UNITED STATES DISTRICT JUDGE